UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA A. THOMPSON, Individually and as Administratrix of the Estate of Robert W. Thompson, Deceased, <br>     Plaintiff <br><br> v. <br><br> D&H DISTRIBUTING COMPANY, <br>     Defendant | : <br> : <br> : <br> : NO. 1:13-cv-02482-JEJ <br> : <br> : <br> : <br> : ELECTRONICALLY FILED <br> : <br> : <br> : <br> : |

## DEFENDANT'S MOTION TO DISMISS COUNTS I, II, III, AND V PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

For the reasons set forth in its brief in support, which will be filed in accordance with the local rules for the United States District Court for the Middle District of Pennsylvania, Defendant D&H Distributing Company ("D&H"), by and through its undersigned counsel, hereby moves to dismiss with prejudice Counts I, II, III, and V of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The causes of action set forth in Counts I, II, III, and V of the Complaint are completely preempted by the federal Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.*

                    McNEES WALLACE & NURICK LLC


                By /s/ Dana W. Chilson_____
                    James P. DeAngelo
                    I.D. No. 62377
                    Dana W. Chilson
                    PA I.D. No. 208718
                    McNees Wallace & Nurick LLC
                    100 Pine Street, P.O. Box 1166
                    Harrisburg, PA  17108-1166
                    (717) 232-8000 (telephone)
                    (717) 237-5300 (facsimile)

Dated:  October 7, 2013        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing *Defendant's Motion to Dismiss Counts I, II, III, and V Pursuant to Federal Rule of Civil Procedure 12(b)(6)* was served upon the following via the Court's ECF system:

Loren A. Schrum, Esq.
Cory M. Lamoureuz, Esq.
Reilly, Wolfson, Sheffey, Schrum & Lundberg LLP
1601 Cornwall Road
Lebanon, PA  17042-7406

*Counsel for Plaintiff*

/s/Dana W. Chilson
Dana W. Chilson

Dated: October 7, 2013